UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANGELA MILES-STEPHENS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| NORTH CAROLINA DEPARTMENT OF CORRECTIONS, | ) ) ) ) | No. 5:11-CV-597-D |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 7, 2014, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on July 7, 2014, and Copies To:**

Angela Newell Gray (via CM/ECF Notice of Electronic Filing)
Yvonne Bulluck Ricci (via CM/ECF Notice of Electronic Filing)

July 7, 2014               JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk